■ MANHATTAN GASTROENTEROLOGY ASSOCIATES, P. C., et al., Respondents, v MICHAEL RITTER, Appellant. [669 NYS2d 1017] —Appeal by the defendant from an order of the Supreme Court, Westchester County (Colabella, J.), dated January 17, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Miller, J. P., Altman, Krausman and Luciano, JJ., concur.